UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.P., an infant, by mother and legal Guardian,
KATHERINE PEREZ individually,

                    Plaintiffs,

  -v-

CITY OF NEW YORK,

                    Defendant.

CIVIL ACTION NO.: 22 Civ. 9662 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 24, 2023, at the parties' request, the Court adjourned sine die the scheduling of an initial case management conference pending resolution of the parties' mediation (the "Mediation"), and directed the parties to file a joint letter (the "Letter") reporting on the status of the Mediation by August 14, 2023. (ECF No. 19). The parties failed, however, to file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **August 16, 2023**.

Dated:     New York, New York
             August 15, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**