UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.P., an infant, by mother and legal Guardian,
KATHERINE PEREZ individually,

                        Plaintiffs,                          CIVIL ACTION NO.: 22 Civ. 9662 (JHR) (SLC)

        -v-                                                                    **ORDER**

CITY OF NEW YORK,

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On August 16, 2023, Defendant requested a conference with the Court to discuss its anticipated motion to dismiss Plaintiffs' Complaint for failure to prosecute.  (ECF No. 21 (the "Request")).  On August 17, 2023, the Court granted the Request, scheduled a telephone conference September 7, 2023, and directed Plaintiffs to file a letter (the "Letter") responding to the issues raised in the Request by August 21, 2023.  (ECF No. 22 (the "Aug. 17 Order")).  Plaintiffs failed, however, to file the Letter by the Court-ordered deadline.  As a one-time courtesy, the Court <u>sua sponte</u> extends this deadline, and directs Plaintiffs to file the Letter by **August 28, 2023**.

<u>Plaintiffs are warned that failure to comply with this Order may result in the Court ordering Plaintiffs to show cause why their claims should not be dismissed for failure to prosecute.</u>  <u>See</u> Fed. R. Civ. P. 16(f)(1)(C), 41(b).

Dated:        New York, New York
                 August 24, 2023                              SO ORDERED.

                                                             _____
                                                             SARAH L. CAVE
                                                             **United States Magistrate Judge**