UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.P., an infant, by mother and legal Guardian,
KATHERINE PEREZ individually,

                        Plaintiffs,

    -v-

CITY OF NEW YORK,

                        Defendant.

CIVIL ACTION NO.: 22 Civ. 9662 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 2, 2023, the Court directed the parties to file a joint letter (the "Letter") by October 16, 2023, reporting on the status of Defendant's receipt and processing of Plaintiff's CPL 160.50 release. (ECF No. 27). The parties failed to file the Letter by the Court-ordered deadline. As a one-tone courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **October 20, 2023**.

Dated:      New York, New York
             October 19, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**